# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA

SHANNON LEWIS
PLAINTIFF

v.

Warden/ GALIPEAU
DEFENDANT

Case Number _____ 3:22-cv-645 _____

-FILED-

AUG - 8 2022

At _____ M
GARY T. BELL, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

## PRISONER COMPLAINT

1. GALIPEAU
Warden
/ I.D.O.C
Westville correctional Facility
5501 S. 1100 West
Westville, In. 46391

2. Dep.Warden
GANN
/ I.D.O.C
Westville correctional Facility
5501 S. 1100 West
Westville In. 46391

3. Sgt. COLLINSWORTH/
Sgt. DHB
I.DOC
Westville correctional Facility
5501 S. 1100 West
Westville In. 46391

1. How many defendants are you sueing? __3__

2. What is name and address of your prison or jail?
Westville Correctional Facility / 5501 S. 1100 west Westville, In 46391

3. Did the event you are suing about happen there?
Yes

4. On what date did this event occur? 9/30/21

"P1"

## CLAIMS and FACTS

1. On, 9/30/2021 in the morning Sgt. R. Statham said, He saw a offender Hand me "Lewis, Shannon" a item Which was 2 batter with suboxen taped to them. Which is controlled substance. I went to hearing on 10/13/21. Let C.A.B. officer R. NASH. No, i Had nothing to do with this. That i was standing in doorway D-1 dayroom, and Said item was thrown to me, not Handed. AsRed For video Footage, they could not find it. Said "It was lost." I was Found Guilty. I Appealed it, all the way down stk, They gave me a re-hearing. I was denied releif, by supertendent/warden Galipeau.

2. Now on the re-Hearing 5-12-22 . I was Found Guilty again. They Had no Cameras Footage, nothing. Only thing is Sgt. R. Statham stating i received said items. Also, I Had witness statment From offender Miguel Medina Doc# 229861, Who is the offender that threw said item to me. He clearly states that "I" offender Shannon Lewis had nothing to do with this. Still was Found Guilty! Bye Sgt. of CAB Collinworth. The Fact is i had nothing to do with this incident, There is no video Footage, of me grabbing these items. Nothing at all.

5. When did this event happen?
   After I was convicted while confined serving the sentence

6. Have you ever sued anyone for this exact same event?
   NO

7. Could you have used a prison grievance system to complain about this event?
   NO, this event is not grievable at this prison or jail.

8. If you win this case, what do you want the court to order the defendants to do? I want this CLASS "B" write-up overturned, and off my record at the prison.

SL   I will pre-pay the filing fee OR file a prisoner motion to proceed in forma pauperis.

SL   I will keep a copy of this complaint for my records

SL   I will promptly notify the court of any change of address

SL   I will not send more than one copy of any filing to the court

SL   I will not send summons, USM-285, or waiver forms to the clerk

SL   I declare under penalty of perjury that the statements in this complaint are true.

I placed this complaint in the prison mail system on 8/13/2022

Signature                              282711

Prisoner Number

"P3"