# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA

### 28 U.S.C. § 2254 HABEAS CORPUS PETITION
### CHALLENGING A PRISON DISCIPLINARY PROCEEDING

*[This form is for a State prisoner to challenge <u>one prison disciplinary proceeding</u>. If you want to challenge more than one, you must file a separate form for each one. If you are challenging a State court or federal conviction, you need a different form.]*

| Name (under which you were convicted): Shannon Lewis | Case No. [*For a new case in this court, leave blank. The court will assign a case number.*] 3:22 - CV-645-DRL-MGG |
|---|---|
| Place of Confinement: Westville Correctional Facility | Earliest Possible Release Date: 3 / 20 / 25 |

*[Once you know your case number, it is <u>VERY IMPORTANT</u> that you include it on <u>everything</u> you send to the court for this case. <u>DO NOT</u> send more than one copy of anything to the court. <u>NEATLY</u> print in ink (or type) your answers.]*

1. Name of facility holding the hearing: Westville Correctional Facility
   Date of hearing: 9 / 30 / 2021 . Case number: 3:22 - CV-645-DRL-MGG
   Offense: Posession of a controlled substance
   Code # 202 .        Did you plead guilty? ○ Yes. ⓧ No.

2. Lost earned credit time? ⓧ No.  ○ Yes, I lost _____ days earned credit time.
   Was the loss of earned credit time suspended? ○ No.  ○ Yes, it was suspended until: _____/_____/_____.
   If suspended, has it been imposed? ○ No.  ○ Yes, it was imposed on: _____/_____/_____.

3. Demoted in credit class? ○ No.  ⓧ Yes, I was demoted from Class B to Class C .
   Was the demotion suspended? ○ No.  ○ Yes, it was suspended until: _____/_____/_____.
   If suspended, has it been imposed? ○ No.  ○ Yes, it was imposed on: _____/_____/_____.

4. Appealed to the Superintendent? ○ No.  ⓧ Yes, the result was: Denied

5. Appealed to Final Reviewing Authority? ○ No.  ⓧ Yes, the result was: They gave me new hearing

6. Previously challenged this disciplinary hearing in <u>federal</u> court? ⓧ No.  ○ Yes, case number: _____

7. Are you paying the $5.00 filing fee?
   ⓧ Yes, I have authorized prison officials to deduct the money from my prisoner trust fund account and send it to the court.

   ○ No, I have attached a separate Prisoner Motion to Proceed In Forma Pauperis AND a copy of my inmate trust fund ledger for the past six months BECAUSE I have less than $15.00 now AND I have received an average of less than $15.00 a month during the past six months.

*[<u>DO NOT</u> write in the margins or on the back of any pages. Attach additional pages if necessary.]*

32A

# GROUNDS RAISED IN THIS HABEAS CORPUS PETITION

*[Explain why the prison disciplinary hearing violated the Constitution, laws, or treaties of the United States. Write the facts supporting each ground. Use simple English words and sentences. Do not use legal terms or quote from cases or statutes. If you want to submit a legal brief or arguments, attach a separate memorandum.*

***CAUTION: If you do not present every ground in this petition, you may be barred from doing so later.]***

**GROUND ONE:** *[Briefly describe your claim.]* False claim of violating rules + procedures

**Supporting Facts:** *[Do not argue or cite law. Just state the specific facts that support your claim.]*

On 9/30/2021, Sgt R. Stathom said he saw an offender hand me "Lewis, Shannon" an item which was two batteries with Suboxen taped to them. That is defined as a controlled substance. The hearing for this occured on 10/13/21. I explained to D.H.B. hearing officer R. Nash that I had nothing to do with this situation. I told him I was standing in the doorway of the D-1 dayroom and said item was thrown at me. I requested video footage. And was told it was lost. Thus found guilty of a false claim for this said rule violation.

Did you present Ground One to the Final Reviewing Authority? ⊘ Yes.  ◯ No, because _____

**GROUND TWO:** *[Briefly describe your claim.]* Witness evidence / camera footage

**Supporting Facts:** *[Do not argue or cite law. Just state the specific facts that support your claim.]*

After being granted a re-hearing, I presented the hearing officer a witness statement from offender Miguel Medina # 229861. Medina stated cleary that I, Shannon Lewis, had nothing to do with the above mentioned rule violation. And I again requested camera footage from the incident to show I had nothing to do with the scenario. And was told they had none. Plus, they looked at "B-1" footage, not "D-1" footage. After this evidence was submitted, Sgt. Collinworth still found me guilty.

Did you present Ground Two to the Final Reviewing Authority? ⊘ Yes.  ◯ No, because _____

*[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]*

Recent

<u>GROUND THREE</u>: [*Briefly describe your claim.*] __N|A__

<u>Supporting Facts</u>: [*Do not argue or cite law. Just state the specific facts that support your claim.*]

Did you present Ground Three to the Final Reviewing Authority?  ◯ Yes.  ◯ No, because _____

## DOCUMENTS

I have attached these documents from this disciplinary hearing: [*Check all that apply.*]

◯ Report of Conduct
◯ Screening Report
◯ Report of Disciplinary Hearing
◯ Letter from the Final Reviewing Authority
◯ Other relevant documents: __N/A__

## RELIEF

I ask for the following relief: _I would request the write-up to be dismissed. And cleared from my record. Also, to have my credit-class reinstated._ _____ or any other relief to which I may be entitled.

## DECLARATION AND SIGNATURE

I placed this petition in the prison mail system on _09_/_15_/20_22_ at _7:10_ am/pm.
[*Do not fill in this date and time until you give this petition to prison officials to send to the court.*]

I declare under <u>penalty of perjury</u> that all of the statements in this petition are true and agree I will promptly notify the court of any change of address.

_____
Signature

_2827ll_
Prisoner Number

[*DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.*]